**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: Aisha Hill ) | |
| ) | Case No: 14 B 40368 |
| ) | Judge: Goldgar |
| ) | Chapter 13 |
| Debtor ) | |

## NOTICE OF MOTION

**Served upon the following parties electronically:**
**Office of United States Trustee**, Dirksen Federal Building, 219 S. Dearborn, St., Room 873, Chicago, IL 60604
**Trustee:** Marilyn O. Marshall, 224 S Michigan, Ste. 800, Chicago, IL 60604
**and served upon the following parties via U.S. Mail:**
**Debtor**: Aisha Hill, 7212 S Emerald, Chicago, IL 60621
**See Attached Service List**

PLEASE TAKE NOTICE that on February 5, 2019 at 9:30 a.m., or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Goldgar, or any other Bankruptcy Judge presiding in his place in Courtroom 642 of the Dirksen Federal Building, 219 S. Dearborn St., Chicago, Illinois, on the attached Motion to Modify Plan, and shall request that the attached Order be entered, at which time you may appear if so desired.

## PROOF OF SERVICE

I, The undersigned, an attorney, hereby certify that a copy of this notice was served electronically or mailed to the above persons, at her respective addresses, postage prepaid, by depositing in the U.S. Mail at 211 W. Wacker Dr., Chicago, IL 60606, before 6:00 p.m. on or before January 15, 2019.


_____/s/ Angelica Harb_____
Angelica Harb
Law Office of Jason Blust, LLC
211 W. Wacker Dr., Ste. 300
Chicago, IL 60606
312-273-5001

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 14-40368<br>Northern District of Illinois<br>Eastern Division<br>Tue Jan 15 12:37:59 CST 2019 | DIRECTV, LLC by American InfoSource LP as ag<br>PO Box 5008<br>Carol Stream, IL 60197-5008 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 |
| Afni, Inc.<br>Po Box 3097<br>Bloomington, IL 61702-3097 | Beneficial/hfc<br>Po Box 9068<br>Brandon, FL 33509-9068 | Cap One<br>Po Box 5253<br>Carol Stream, IL 60197-5253 |
| (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | Capital One, N.A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Cbe Group<br>1309 Technology Pkwy<br>Cedar Falls, IA 50613-6976 |
| Chase<br>Po Box 15298<br>Wilmington, DE 19850-5298 | Christ Hospital & Medical Center<br>PO Box 70508<br>Chicago, IL 60673-0508 | Citibank<br>500 W. Madison<br>Chicago, IL 60661-4544 |
| City Of Chicago Department of Revenue<br>c/o Arnold Scott Harris P.C.<br>111 W Jackson Ste 600<br>Chicago, IL 60604-3517 | City of Chicago parking<br>121 N LaSalle Street<br>Room 107A<br>Chicago, IL 60602-1232 | ComEd<br>PO Box 6111<br>Carol Stream, IL 60197-6111 |
| Commonwealth Edison Company<br>3 Lincoln Center<br>Attn: Bankruptcy Department<br>Oakbrook Terrace, IL 60181-4204 | DIRECTV LLC by American<br>InfoSource LP as agent<br>PO Box 5008<br>Carol Stream, IL 60197-5008 | Department Stores National Bank/Macys<br>Bankruptcy Processing<br>Po Box 8053<br>Mason, OH 45040-8053 |
| Dsnb Macys<br>9111 Duke Blvd<br>Mason, OH 45040-8999 | Foot and Ankle Associates<br>4650 Southwest Highway<br>Oak Lawn, IL 60453-1836 | Glelsi/nrwst Bnk Mntru<br>Po Box 7860<br>Madison, WI 53707-7860 |
| Grant & Weber<br>861 Coronado Center Dr S<br>Henderson, NV 89052-3992 | Great American Finance<br>20 N Wacker Dr Ste 2275<br>Chicago, IL 60606-1294 | Harris & Harris<br>222 Merchandise Mart Plaza, #1900<br>Chicago, IL 60654-1421 |
| Healthcare Assoc Cr Un<br>1151 E Warrenville Rd<br>Naperville, IL 60563-9415 | Hlthcare Cu<br>1151 E Warrenville<br>Naperville, IL 60563-9339 | IRS<br>Special Procedures - Insolvency<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Illinois Collection Se<br>8231 185th St Ste 100<br>Tinley Park, IL 60487-9356 | Kenyatto Preston<br>3410 W. 74th St<br>Chicago, IL 60629-3518 | Kohls/capone<br>N56 W 17000 Ridgewood Dr<br>Menomonee Falls, WI 53051-7096 |

Merchants Credit Guide
223 W Jackson Blvd Ste 4
Chicago, IL 60606-6914

Navy Federal Cf Union
Po Box 3700
Merrifield, VA 22119-3700

Navy Federal Credit Union
PO BOX 3000
Merrifield, VA 22119-3000

Nrwstb/glhec
2401 International
Madison, WI 53704-3121

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Resurrection Health Care
62314 Collection Center Dr
Chicago, IL 60693-0001

Saint Joseph Hospital
4588 Paysphere Circle
Chicago, IL 60674-0045

Santander Consumer USA Inc
P.O. Box 961245
Fort Worth, TX 76161-0244

Santander Consumer Usa
Po Box 961245
Ft Worth, TX 76161-0244

Sears/cbna
Po Box 6282
Sioux Falls, SD 57117-6282

(p)SPRINGLEAF FINANCIAL SERVICES
P O BOX 3251
EVANSVILLE IN 47731-3251

Syncb/paypal Smart Con
Po Box 965005
Orlando, FL 32896-5005

Tnb - Target
Po Box 673
Minneapolis, MN 55440-0673

(p)US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

Wyndham Vaca
10750 W Charleston
Las Vegas, NV 89135-1048

Aisha S Hill
7212 S. Emerald
Chicago, IL 60621-2318

Jason Blust
Law Office of Jason Blust, LLC
211 W. Wacker Drive
Ste. 300
Chicago, IL 60606-1390

Marilyn O Marshall
224 South Michigan Ste 800
Chicago, IL 60604-2503

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Cap One
Po Box 85520
Richmond, VA 23285

Portfolio Recovery Associates, LLC
successor to CAPITAL ONE BANK
(USA) N.A.(CAPITAL ONE)
POB 41067
Norfolk, VA 23541

Springleaf Financial S
3632 W 95th St
Evergreen Park, IL 60805

Us Bank
4325 17th Ave S
Fargo, ND 58125

End of Label Matrix
Mailable recipients    48
Bypassed recipients     0
Total                  48

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **IN RE: Aisha Hill**          ) | |
| ) | Case No:   14 B 40368 |
| ) | Judge:      Goldgar |
| ) | Chapter    13 |
| **Debtor**          ) | |

## MOTION TO MODIFY PLAN

Now comes Aisha Hill (hereinafter referred to as "Debtor"), by and through her attorneys, and moves this Honorable Court for entry of an Order Modifying Plan, pursuant to section 1329 of the bankruptcy code, and in support thereof, respectfully represents as follows:

1.     On November 6, 2014, the Debtor filed a petition for relief under Chapter 13 of the Bankruptcy Code.

2.     This Honorable Court confirmed the Debtor's Chapter 13 plan on January 27, 2015.  The confirmed plan called for payments of $565.00 for 60 months, paying unsecured creditors 100% on their claims.

3.     The Debtor fell behind on plan payments in September and October 2015 due to having hip surgery and complications after surgery. The surgery caused her to miss work without pay. As a result, a default accrued. Debtor has since returned to work full-time. Debtor has resumed making plan payments regularly via payroll deductions to the Trustee.

4.     In order for Debtor's case to complete within 60 months. She requests to increase her plan payments to $715.00 per month. (Please see Exhibit A for attached I and J Schedules)

    4.     Debtor respectfully requests the remaining default is deferred to the end of her Chapter 13 plan and her plan payment is increased to $715.00 per month.

    4.     If the Debtor's default is deferred, the unsecured creditor will still receive 100% on their claims, and the plan will complete within 60 months.

**WHEREFORE**, Debtor prays that this Honorable Court enter an Order for the following relief:

1. Deferring her current plan payment default
2. Increasing her plan payment to $715.00 per month; and
3. For such other relief as this Court deems proper under the circumstances.

Respectfully submitted,

    /s/ Angelica Harb
Angelica Harb
Law Office of Jason Blust, LLC
211 W. Wacker Dr., Ste. 300
Chicago, IL 60606
312-273-5001